| | |
|---|---|
| 1 | Leemore Libesman (State Bar No. 221969) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 777 South Figueroa Street, Suite 2800 |
| 3 | Los Angeles, CA 90017-5826 |
|   | Telephone: (213) 572-4300 |
| 4 | Facsimile: (213) 572-4400 |

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; LONDON-SIRE RECORDS INC.; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; WARNER BROS. RECORDS INC.; BMG MUSIC; MAVERICK RECORDING CO.; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; FONOVISA, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; PRIORITY RECORDS LLC; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>          Plaintiffs,<br><br>  vs.<br><br>DOES 1 - 56,<br><br>          Defendants. | Case No.: 05-CV-3071-MJJ (BZ)<br><br>Honorable Martin J. Jenkins<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-56**<br><br>GRANTED |

1

NOTICE OF VOLUNTARY DISMISSAL
Case No. 05-CV-3071 MJJ (BZ)

#1378 v1

|   |   |   |
|---|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily | |
| 2 | dismiss Does 1-56, without prejudice.  Each party will bear its own costs. | |

Dated: March 17, 2006            Respectfully submitted,

                                              LEEMORE LIBESMAN
                                              HOLME ROBERTS & OWEN LLP

By: _____/s/ Leemore Libesman_____
      Leemore Libesman
      Attorneys for Plaintiffs
      CAPITOL RECORDS, INC.; LONDON-SIRE
      RECORDS INC.; ARISTA RECORDS LLC;
      UMG RECORDINGS, INC.; ATLANTIC
      RECORDING CORP.; WARNER BROS.
      RECORDS INC.; BMG MUSIC; MAVERICK
      RECORDING CO.; ELEKTRA
      ENTERTAINMENT GROUP INC.; SONY BMG
      MUSIC ENTERTAINMENT; FONOVISA, INC.;
      VIRGIN RECORDS AMERICA, INC.;
      INTERSCOPE RECORDS; PRIORITY
      RECORDS LLC; and MOTOWN RECORD
      COMPANY, L.P.

3/20/2006

**GRANTED**
*Judge Martin J. Jenkins*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA